# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINCINNATI INSURANCE COMPANY, <br> Plaintiff, <br> v. <br> SPORTS SURFACING, INC, et al., <br> Defendants. | Case No.: 1:19-CV-00886-DAD-JLT <br><br> ORDER CLOSING THE ACTION <br> (Doc. 38) |

The parties have stipulated to the action being dismissed. (Doc. 38) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **June 22, 2020**                    **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE